UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. CR01-4075 MWB |
| Plaintiff, | ) | C03-3053 MWB |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | ON |
| LORI CLARE KAVITZ | ) | 2255 |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's petition to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § Section 2255 is denied. Plaintiff take nothing and this matter is dismissed.

DATED: July 17, 2006

Pridgen W. Watkins
Clerk of Court

S/src
BY: Deputy Clerk

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:
7/17/06 - s/src
mailed to pro se filer with NEF