# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
## CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:**  March 23, 2007

RE:  06-2973  United States v. Lori Clare Kavitz

**TO:**  Jud Watkins

**FROM:**  James J. Foster

Enclosed are the following records for return to your office:

Original file:  2 vols.  Transcript:  2 vols.

Deposition:  Sealed:

Exhibits:  1 expandable folder

Other:

[x ] Case closed  [ ] Counsel appointed

[ ] Per your request  [ ] Return to this office

Enclosure(s)

District Court/Agency Case Number(s):  5:03-cv-03053-MWB

jff