MARCH, 6 2015

MAR 1 3 2015

FROM:
LORI CLARE KAVITZ
REGISTER # 02310-029
P.O. BOX 1027
F.C.C. COLEMAN F-1 CAMP
COLEMAN, FLORIDA 33521

CR01-4075-MWB

TO:
DISTRICT CLERK OF COURTS
US DISTRICT COURT NORTHERN DISTRICT OF IOWA
301 UNITED STATES COURTHOUSE
320 SIXTH STREET
SIOUX CITY, IOWA 51101

Dear Sir,

I think I may be eligible for a 2 level reduction per amendment 782;
I would like to request that counsel be appointed to me in this matter.
Thank you for your time and consideration in this matter.

Sincerely,

*Lori Clare Kavitz*

Lori Clare Kavitz

Lori C. Kavitz #02310-029
Federal Correctional Complex/Camp
PO Box 1027
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
08 MAR 2015 PM 2 L

MAR 09 2015

District Clerk of Courts
US District Court Northern District of Iowa
301 United States Courthouse
320 S. 6th Street
Sioux City, Iowa 51101

51101123499